RECEIVED
USDC CLERK, CHARLESTON, SC

2018 DEC -7 AM 11: 07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Alexander, Jr 7-lead

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Officer James Parks

Nurse, Donna M¢iller

Southern Health Partners Inc.

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public
access to electronic court files. Under this rule, papers filed with the court should *not* contain: an
individual's full social security number or full birth date; the full name of a person known to be a minor; or
a complete financial account number. A filing may include *only*: the last four digits of a social security
number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account
number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or
any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to
proceed in *forma pauperis.*

1

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    _Alex Head_

All other names by which you have been known:

_Alexander Jr Head_

ID Number

Current Institution    _Greenwood County Detention_

Address    _Center, 528 Edgefield Avenue_
_Greenwood, SC  29646_

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    _Officer Parks_

Job or Title    _Guard Correctional officer_
(if known)

Shield Number

Employer    _Greenwood Detention Center_

Address    _528 Edgefield Avenue_
_Greenwood, SC.  29646_

☑ Individual capacity        ☑ Official capacity

Defendant No. 2

Name    _Donna Miller_

2

|                              |                              |
|------------------------------|------------------------------|
| Job or Title (if known)      | Nurse                        |
| Shield Number                |                              |
| Employer                     | Southern Health Partners, inc. |
| Address                      | 528 Edgefield Avenue         |
|                              | Greenwood, SC 29646          |

☑ Individual capacity    ☑ Official capacity

Defendant No. 3

|                              |                              |
|------------------------------|------------------------------|
| Name                         | Officer Delaura              |
| Job or Title (if known)      | Correctional officer Guard   |
| Shield Number                |                              |
| Employer                     | Greenwood Detention Center   |
| Address                      | 528 Edgefield Avenue         |
|                              | Greenwood, SC 29646          |

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

|                              |                              |
|------------------------------|------------------------------|
| Name                         | L.T. Chad Cox                |
| Job or Title (if known)      | L.T                          |
| Shield Number                |                              |
| Employer                     | Greenwood Detention Center   |
| Address                      | 528 Edgefield Avenue         |
|                              | Greenwood, SC 29646          |

☑ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☑    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    8th amendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

    Officer Parks acted under color by striking me in the head an face with the door. He was wearing his uniform at work and he did this even tho he is being train not to do this

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

"Lawsuit 5# " Hit ant run oric the"
                           on
(L.t chad cox + staff)   After effect - Put in P.c

From the first time i tried to speak with an sgt. or Lt. about
what had, happen on Oct 24th I feel as if it was retaliation against
me, Because i was place in 2c 31 which is a lock down cell on
part of the reason was that; no one to see the knot that
was on my forehead, I was there for six days, and the
reason was from what Lt chad cox say about it is i
dis obey a officer of the law, And from my research i now
know that Lt chad cox and his staff, Violated my rights
of my constitutional right as in (Dealing with Retaliation
olim V. wakinekona 460 U.S. 238 (1983) when i alek Head
went to him as Lt chadcox and them as the staff for
help and i was put in 2C for it.

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*   pretrail detinee

IV.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Greenwood County Detention Center. on
B-Unit in Room #210 on Oct.24.2018

C.    What date and approximate time did the events giving rise to your claim(s) occur?

10-24-18    9:15-9:40 at night

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

officer Parks slamed the door in my face, causing
my Neck to Jerk Back noone else was involved.
also Lt. Luke Cark Saw what happend on Video

Jeffery Wilson Donna Miller, Madell Hamilton
Luke LT. CLARK, Officer Mathis
Officer Gresham, and Officer, Delaura

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My injuries were the knot on my forehead my neck along with across the top of my shoulders were hurting very badly, and the only medical treatment I recived there I went to sick call the next day and was giving IB.Brofine and tylenol for 3 days and 15 days later I recived an XRay of my Head and shoulder, an all I was told that there wasn't any Broken Bones.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Emotinal distress, pain & suffering and also them not following protocall I'm askin for the amount of $80,000 and a relief does to the ways an actions

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

Part 2 VI. Relief

From my pain and suffering i went threw and still, going threw. With pain in my neck down to my shoulders blades. Are still in pain as i speak. My Ex-rays The doctor said there was no broken bones, but my body feels damage like they are broken. I'm asking for aleast $80,000 dollars, Greenwood Detention Center needs to be investigated for all the innacent people that died under the care of medical, Or C.O, sgt or Lt. Nurses they offered you Ibuprofin or tynol for pain. It doesn't matter what pain ur in That's what inmates get and back to the, b. unit to ur room with the same pain you visit medical with.

Alex Kward

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

    ☑    Yes

    ☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Greenwood Detention Center
in Greenwood SC 29646


B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

    ☑    Yes

    ☐    No

    ☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

    ☐    Yes

    ☐    No

    ☑    Do not know

If yes, which claim(s)?


D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

    ☑    Yes

    ☐    No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐    Yes

☑    No

E.    If you did file a grievance:

1.    Where did you file the grievance?

In sick call on the Kiosk aka "computer" on the 10-24-18 at 9:47 at late night

2.    What did you claim in your grievance?

That i was hit with the door to my forehead and also made my neck jerk back

3.    What was the result, if any?

The Grievance I put in did get me to sick call to try and get checked out, But once I got there I didn't really get checked out at all therefore I Really didn't get any results

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

The Head Nurse Donna Miller didn't want to help there for I had to wait a week to the 2nd Nurse came on to speak with Her and She is the Nurse that got me the xRays

8

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_____

_____

_____

_____

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I tried to speak with Lt chad cox about my claim an was placed in PC 31 for six(6) days an that an cell for Bad inmates Not the Hurt ones

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

    ☐    Yes

    ☑    No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐    Yes

☑    No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐    Yes

☐    No

If no, give the approximate date of disposition.    _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    ☐   Yes

    ☑   No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.  Parties to the previous lawsuit

        Plaintiff(s)    _____

        Defendant(s)   _____

    2.  Court *(if federal court, name the district; if state court, name the county and State)*

        _____

        _____

    3.  Docket or index number

        _____

    4.  Name of Judge assigned to your case

        _____

    5.  Approximate date of filing lawsuit

        _____

    6.  Is the case still pending?

        ☐   Yes

        ☐   No

11

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _11/17____, 20_18_.

Signature of Plaintiff    _Alexander Head_

Printed Name of Plaintiff    _Alexander Jr Head_

Prison Identification # _____

Prison Address    _____

_____

City                 State              Zip Code

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

12

Address          528 Edgefeld st Greenwood S.C. 29646
Telephone Number  My sister, Annimae, William (470-326-8846)
E-mail Address    Richardwatson4275@gmail.com